No. 94–8227. BURNIM v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 94–8228. LOZANO-CERON, AKA DOE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–8229. MARZULLO v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 94–8231. ISENBURG v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 94–8236. VARGAS-SANDOVAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–8238. KYLES v. UNITED STATES; and
No. 94–8243. KYLES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 94–8241. WOOD v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 94–8244. MONTENEGRO-PEDROZO v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–8245. AKINS v. RICHARDSON, COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari denied. 

No. 94–8246. LEGGETT v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–8249. GONZALEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–8256. CORDERO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–8259. ALBARELLI v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 94–8264. GARRITY v. FIEDLER, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied. 

No. 94–8272. GARDNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 